IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

                                                            MDL 2325
_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

**INACTIVE DOCKET ORDER**

The Court has been advised by counsel that in the cases listed on the attached Exhibit A,

the plaintiffs and American Medical Systems, Inc.[1] ("AMS") have agreed to a settlement model

with regard to AMS.  The Court, therefore, finds it unnecessary to conduct further proceedings or

to keep these cases on the active docket.  Accordingly, the Court **ORDERS** as follows:

1.      All discovery deadlines are continued until further order of the Court.

2.      That the Clerk retire each of the cases listed on the attached Exhibit A from the

active docket.

3.      Plaintiffs and AMS may submit an agreed order of dismissal with prejudice on or

before April 30, 2017; if settlements are not finalized and dismissal orders are not submitted by

April 30, 2017, then the Court will have a hearing to determine the appropriate action pertaining

to any remaining cases on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their

progress in dismissing cases on the inactive docket.  The Court is aware that counsel have agreed

to a settlement model for a group of cases and claims, including those on Exhibit A.  The Court

_____
[1] American Medical Systems, Inc. includes any incorrect or incomplete spellings of this Defendant, and any
American Medical Systems, Inc. entities.

will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiff's refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiff explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2325 and in the individual cases listed on the attached Exhibit A. The Clerk is further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. 2902, and send a copy of this Order to counsel of record and any unrepresented party.

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – CHAFFIN LUHANA

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-02904 | Angela R. Womac and Christopher L. Womac v. American Medical Systems, Inc. |
| 2:12-CV-07219 | Deborah Lyons, Terry Lyons v. American Medical Systems, Inc. |
| 2:12-CV-08740 | Rachel D. Morgan, Dana Morgan v. American Medical Systems, Inc. |
| 2:13-CV-00455 | Maryalice R. Gallegos v. American Medical Systems, Inc. |
| 2:13-CV-05403 | Linda Obermaier v. American Medical Systems, Inc. |
| 2:13-CV-08492 | Cassandra Wahlstrom, Peter Dutcher v. American Medical Systems, Inc. |
| 2:13-CV-12497 | Karleen M. Noel, Kevin Noel v. American Medical Systems, Inc. |
| 2:13-CV-13584 | Tedi S. Elliott v. American Medical Systems, Inc. |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2325

_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

## INACTIVE DOCKET ORDER

The Court has been advised by counsel that in the cases listed on the attached Exhibit A,

the plaintiffs and American Medical Systems, Inc.[1] ("AMS") have agreed to a settlement model

with regard to AMS.  The Court, therefore, finds it unnecessary to conduct further proceedings or

to keep these cases on the active docket.  Accordingly, the Court **ORDERS** as follows:

1.      All discovery deadlines are continued until further order of the Court.

2.      That the Clerk retire each of the cases listed on the attached Exhibit A from the

active docket.

3.      Plaintiffs and AMS may submit an agreed order of dismissal with prejudice on or

before April 30, 2017; if settlements are not finalized and dismissal orders are not submitted by

April 30, 2017, then the Court will have a hearing to determine the appropriate action pertaining

to any remaining cases on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their

progress in dismissing cases on the inactive docket.  The Court is aware that counsel have agreed

to a settlement model for a group of cases and claims, including those on Exhibit A.  The Court

_____

[1] American Medical Systems, Inc. includes any incorrect or incomplete spellings of this Defendant, and any
American Medical Systems, Inc. entities.

will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiff's refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiff explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2325 and in the individual cases listed on the attached Exhibit A. The Clerk is further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. 2903, and send a copy of this Order to counsel of record and any unrepresented party.

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – FRANKOVITCH ANETAKIS COLANTONIO & SIMON

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-18598 | Beverly Joan Lough, William Lough v. American Medical Systems, Inc. |
| 2:13-CV-18613 | Patricia J. Ornelas v. American Medical Systems, Inc. |
| 2:13-CV-18623 | Olivia O. Dotson, John Dotson v. American Medical Systems, Inc. |
| 2:13-CV-18640 | Allison Swindlehurst, John R. Swindlehurst III v. American Medical Systems, Inc. |
| 2:13-CV-18689 | Cleva J. Chambers v. American Medical Systems, Inc. |
| 2:13-CV-18751 | Roberta L. McClintick, Nick DeAlexandro v. American Medical Systems, Inc. |
| 2:13-CV-18756 | Margaret C. Douglass, Jeffrey H. Douglass v. American Medical Systems, Inc. |
| 2:13-CV-18769 | Barbara Ann Vickers v. American Medical Systems, Inc. |
| 2:13-CV-19510 | Christine Dalton v. American Medical Systems, Inc. |
| 2:13-CV-19911 | Lynn Futral, Donald Futral v. American Medical Systems, Inc. |
| 2:14-CV-11812 | Sandra L. Schaublin v. American Medical Systems, Inc. |
| 2:14-CV-27895 | Laurie J. Sweeney, Bruce R. Sweeney v. American Medical Systems, Inc. |
| 2:15-CV-02882 | Sharon M. Bond, Charles Bond v. American Medical Systems, Inc. |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2325

_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

### **INACTIVE DOCKET ORDER**

The Court has been advised by counsel that in the cases listed on the attached Exhibit A,

the plaintiffs and American Medical Systems, Inc.[1] ("AMS") have agreed to a settlement model

with regard to AMS.  The Court, therefore, finds it unnecessary to conduct further proceedings or

to keep these cases on the active docket.  Accordingly, the Court **ORDERS** as follows:

1.      All discovery deadlines are continued until further order of the Court.

2.      That the Clerk retire each of the cases listed on the attached Exhibit A from the

active docket.

3.      Plaintiffs and AMS may submit an agreed order of dismissal with prejudice on or

before April 30, 2017; if settlements are not finalized and dismissal orders are not submitted by

April 30, 2017, then the Court will have a hearing to determine the appropriate action pertaining

to any remaining cases on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their

progress in dismissing cases on the inactive docket.  The Court is aware that counsel have agreed

to a settlement model for a group of cases and claims, including those on Exhibit A.  The Court

_____

[1] American Medical Systems, Inc. includes any incorrect or incomplete spellings of this Defendant, and any
American Medical Systems, Inc. entities.

will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiff's refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiff explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2325 and in the individual cases listed on the attached Exhibit A. The Clerk is further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. 2905, and send a copy of this Order to counsel of record and any unrepresented party.

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – MONSOUR LAW FIRM

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-08111 | Kelly Hunt McClafferty, Kevin McClafferty v. American Medical Systems, Inc. |
| 2:13-CV-03526 | Carolyn Carmichael Grady v. American Medical Systems, Inc. |
| 2:13-CV-03547 | Rosalinda Lopez v. American Medical Systems, Inc. |
| 2:13-CV-23846 | Christine Knope v. American Medical Systems, Inc. |
| 2:13-CV-23871 | Wanza M. Cole v. American Medical Systems, Inc. |
| 2:13-CV-26888 | Sharlene Bottom v. American Medical Systems, Inc. |
| 2:13-CV-30212 | Lori Andersen v. American Medical Systems, Inc. |
| 2:14-CV-05493 | Jennie Laura Crays v. American Medical Systems, Inc. |
| 2:14-CV-10544 | Denise Lynn Goble v. American Medical Systems, Inc. |
| 2:14-CV-18532 | Catherine Rollins v. American Medical Systems, Inc. |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2325

_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

**<u>INACTIVE DOCKET ORDER</u>**

The Court has been advised by counsel that in the cases listed on the attached Exhibit A,

the plaintiffs and American Medical Systems, Inc.[1] ("AMS") have agreed to a settlement model

with regard to AMS.  The Court, therefore, finds it unnecessary to conduct further proceedings or

to keep these cases on the active docket.  Accordingly, the Court **ORDERS** as follows:

1.      All discovery deadlines are continued until further order of the Court.

2.      That the Clerk retire each of the cases listed on the attached Exhibit A from the

active docket.

3.      Plaintiffs and AMS may submit an agreed order of dismissal with prejudice on or

before April 30, 2017; if settlements are not finalized and dismissal orders are not submitted by

April 30, 2017, then the Court will have a hearing to determine the appropriate action pertaining

to any remaining cases on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their

progress in dismissing cases on the inactive docket.  The Court is aware that counsel have agreed

to a settlement model for a group of cases and claims, including those on Exhibit A.  The Court

_____

[1] American Medical Systems, Inc. includes any incorrect or incomplete spellings of this Defendant, and any
American Medical Systems, Inc. entities.

will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiff's refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiff explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2325 and in the individual cases listed on the attached Exhibit A. The Clerk is further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. 2906, and send a copy of this Order to counsel of record and any unrepresented party.

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – PHILLIPS LAW

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-00970 | Marlene R. Patterson v. American Medical Systems, Inc. |
| 2:12-CV-01015 | Patricia L. DeVito and Joseph V. DeVito v. American Medical Systems, Inc. |
| 2:12-CV-01195 | Brenda J. Varga, Johann Varga v. American Medical Systems, Inc. |
| 2:12-CV-01280 | Joan M. Jestilla v. American Medical Systems, Inc. |
| 2:12-CV-01411 | John Tobin, Sr., as Administrator of the Estate of Susan Tobin v. American Medical Systems, Inc. |
| 2:12-CV-01550 | Amber J. Youngs and Kraig Youngs v. American Medical Systems, Inc. |
| 2:12-CV-02004 | Janette Carollo v. American Medical Systems, Inc. |
| 2:12-CV-03214 | Karen Muter and James Muter v. American Medical Systems, Inc. |
| 2:12-CV-03290 | Dorothy Gay v. American Medical Systems, Inc. |
| 2:12-CV-03848 | Nancy D. Curley and Patrick Curley v. American Medical Systems, Inc. |
| 2:12-CV-04102 | Marie Spaulding v. American Medical Systems, Inc. |
| 2:12-CV-05065 | Jean E. Shaw v. American Medical Systems, Inc. |
| 2:12-CV-05282 | Deborah Flannigan v. American Medical Systems, Inc. |
| 2:12-CV-06309 | Jacqueline Almanza, Alfredo Almanza v. American Medical Systems, Inc. |
| 2:12-CV-09107 | Jeanne Keiler v. American Medical Systems, Inc. |
| 2:13-CV-00902 | Janice Woods, Charles Woods v. American Medical Systems, Inc. |
| 2:13-CV-11156 | Lisa Titch, Raymond Titch v. American Medical Systems, Inc. |
| 2:13-CV-12185 | Michelle Alter, Michael Alter v. American Medical Systems, Inc. |
| 2:13-CV-13877 | Gwendolyn Browning v. American Medical Systems, Inc. |
| 2:13-CV-26041 | Eleni Giannakopoulos, Gus Giannakopoulos v. American Medical Systems, Inc. |
| 2:13-CV-26050 | Linda Richards v. American Medical Systems, Inc. |
| 2:14-CV-09631 | Cindy Beard, Gary Beard v. American Medical Systems, Inc. |
| 2:14-CV-11790 | Carla Caccamo, Thomas Caccamo v. American Medical Systems, Inc. |
| 2:14-CV-19072 | Christine Foy, Terrence Foy v. American Medical Systems, Inc. |
| 2:14-CV-26150 | Angela Alexander v. American Medical Systems, Inc. |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2325

_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

## <u>INACTIVE DOCKET ORDER</u>

The Court has been advised by counsel that in the cases listed on the attached Exhibit A, the plaintiffs and American Medical Systems, Inc.[1] ("AMS") have agreed to a settlement model with regard to AMS. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep these cases on the active docket. Accordingly, the Court **ORDERS** as follows:

1.      All discovery deadlines are continued until further order of the Court.

2.      That the Clerk retire each of the cases listed on the attached Exhibit A from the active docket.

3.      Plaintiffs and AMS may submit an agreed order of dismissal with prejudice on or before October 31, 2017; if settlements are not finalized and dismissal orders are not submitted by October 31, 2017, then the Court will have a hearing to determine the appropriate action pertaining to any remaining cases on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing cases on the inactive docket. The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including those on Exhibit A. The Court

_____

[1] American Medical Systems, Inc. includes any incorrect or incomplete spellings of this Defendant, and any American Medical Systems, Inc. entities.

will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiff's refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiff explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2325 and in the individual cases listed on the attached Exhibit A. The Clerk is further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. 2931, send a copy of this Order to counsel of record and any unrepresented party.

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – DAVIS & CRUMP

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-08815 | Eula Lewis v. American Medical Systems, Inc. |
| 2:13-CV-00018 | Vickie Byrne, James Byrne v. American Medical Systems, Inc. |
| 2:13-CV-00055 | Jacqueline Watkins McKnight v. American Medical Systems, Inc. |
| 2:13-CV-22122 | Judith Savard, Michael Savard v. American Medical Systems, Inc. |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2325

_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

**INACTIVE DOCKET ORDER**

The Court has been advised by counsel that in the cases listed on the attached Exhibit A,

the plaintiffs and American Medical Systems, Inc.[1] ("AMS") have agreed to a settlement model

with regard to AMS.  The Court, therefore, finds it unnecessary to conduct further proceedings or

to keep these cases on the active docket.  Accordingly, the Court **ORDERS** as follows:

1.      All discovery deadlines are continued until further order of the Court.

2.      That the Clerk retire each of the cases listed on the attached Exhibit A from the

active docket.

3.      Plaintiffs and AMS may submit an agreed order of dismissal with prejudice on or

before October 31, 2017; if settlements are not finalized and dismissal orders are not submitted

by October 31, 2017, then the Court will have a hearing to determine the appropriate action

pertaining to any remaining cases on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their

progress in dismissing cases on the inactive docket.  The Court is aware that counsel have agreed

to a settlement model for a group of cases and claims, including those on Exhibit A.  The Court

---

[1] American Medical Systems, Inc. includes any incorrect or incomplete spellings of this Defendant, and any
American Medical Systems, Inc. entities.

will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiff's refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiff explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2325 and in the individual cases listed on the attached Exhibit A. The Clerk is further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. 2932, send a copy of this Order to counsel of record and any unrepresented party.

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A – MUELLER LAW**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-00814 | Betina Wilson v. American Medical Systems, Inc. |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2325

_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

<u>**INACTIVE DOCKET ORDER**</u>

The Court has been advised by counsel that in the cases listed on the attached Exhibit A, the plaintiffs and American Medical Systems, Inc.[1] ("AMS") have agreed to a settlement model with regard to AMS. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep these cases on the active docket. Accordingly, the Court **ORDERS** as follows:

1.      All discovery deadlines are continued until further order of the Court.

2.      That the Clerk retire each of the cases listed on the attached Exhibit A from the active docket.

3.      Plaintiffs and AMS may submit an agreed order of dismissal with prejudice on or before October 31, 2017; if settlements are not finalized and dismissal orders are not submitted by October 31, 2017, then the Court will have a hearing to determine the appropriate action pertaining to any remaining cases on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing cases on the inactive docket. The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including those on Exhibit A. The Court

_____

[1] American Medical Systems, Inc. includes any incorrect or incomplete spellings of this Defendant, and any American Medical Systems, Inc. entities.

will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiff's refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiff explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2325 and in the individual cases listed on the attached Exhibit A. The Clerk is further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. 2933, and send a copy of this Order to counsel of record and any unrepresented party.

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
| --- | --- |
| 2:12-CV-05989 | Diane Hicks v. American Medical Systems, Inc. |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2325

_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

**INACTIVE DOCKET ORDER**

The Court has been advised by counsel that in the cases listed on the attached Exhibit A, the plaintiffs and American Medical Systems, Inc.[1] ("AMS") have agreed to a settlement model with regard to AMS.  The Court, therefore, finds it unnecessary to conduct further proceedings or to keep these cases on the active docket.  Accordingly, the Court **ORDERS** as follows:

1.    All discovery deadlines are continued until further order of the Court.

2.    That the Clerk retire each of the cases listed on the attached Exhibit A from the active docket.

3.    Plaintiffs and AMS may submit an agreed order of dismissal with prejudice on or before April 30, 2017; if settlements are not finalized and dismissal orders are not submitted by April 30, 2017, then the Court will have a hearing to determine the appropriate action pertaining to any remaining cases on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing cases on the inactive docket.  The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including those on Exhibit A.  The Court

_____

[1] American Medical Systems, Inc. includes any incorrect or incomplete spellings of this Defendant, and any American Medical Systems, Inc. entities.

will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiff's refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiff explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2325 and in the individual cases listed on the attached Exhibit A.  The Clerk is further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. 2934, and send a copy of this Order to counsel of record and any unrepresented party.


JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – RISCASSI & DAVIS

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
| --- | --- |
| 2:13-CV-21928 | Marilyn Raines, Randall Raines v. American Medical Systems, Inc. |
| 2:14-CV-05605 | Sandra Liebler, Donald Liebler v. American Medical Systems, Inc. |
| 2:14-CV-24916 | Sandra Thibodeau v. American Medical Systems, Inc. |
| 2:14-CV-24918 | Lisa Cidela, William Cidela v. American Medical Systems, Inc. |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

                                                    MDL 2325

_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

<u>**INACTIVE DOCKET ORDER**</u>

The Court has been advised by counsel that in the cases listed on the attached Exhibit A,

the plaintiffs and American Medical Systems, Inc.[1] ("AMS") have agreed to a settlement model

with regard to AMS.  The Court, therefore, finds it unnecessary to conduct further proceedings or

to keep these cases on the active docket.  Accordingly, the Court **ORDERS** as follows:

1.      All discovery deadlines are continued until further order of the Court.

2.      That the Clerk retire each of the cases listed on the attached Exhibit A from the

active docket.

3.      Plaintiffs and AMS may submit an agreed order of dismissal with prejudice on or

before August 31, 2017; if settlements are not finalized and dismissal orders are not submitted by

August 31, 2017, then the Court will have a hearing to determine the appropriate action

pertaining to any remaining cases on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their

progress in dismissing cases on the inactive docket.  The Court is aware that counsel have agreed

to a settlement model for a group of cases and claims, including those on Exhibit A.  The Court

_____

[1] American Medical Systems, Inc. includes any incorrect or incomplete spellings of this Defendant, and any
American Medical Systems, Inc. entities.

will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiff's refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiff explaining such refusal or inability.

     The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2325 and in the individual cases listed on the attached Exhibit A. The Clerk is further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. 2938, and send a copy of this Order to counsel of record and any unrepresented party.

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – LOWE LAW GROUP

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-11325 | Cheryl Greenwell v. American Medical Systems, Inc. |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

                                                    MDL 2325
_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

**INACTIVE DOCKET ORDER**

      The Court has been advised by counsel that in the cases listed on the attached Exhibit A,

the plaintiffs and American Medical Systems, Inc.[1] ("AMS") have agreed to a settlement model

with regard to AMS.  The Court, therefore, finds it unnecessary to conduct further proceedings or

to keep these cases on the active docket.  Accordingly, the Court **ORDERS** as follows:

      1.      All discovery deadlines are continued until further order of the Court.

      2.      That the Clerk retire each of the cases listed on the attached Exhibit A from the

active docket.

      3.      Plaintiffs and AMS may submit an agreed order of dismissal with prejudice on or

before October 31, 2017; if settlements are not finalized and dismissal orders are not submitted

by October 31, 2017, then the Court will have a hearing to determine the appropriate action

pertaining to any remaining cases on the inactive docket.

      Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their

progress in dismissing cases on the inactive docket.  The Court is aware that counsel have agreed

to a settlement model for a group of cases and claims, including those on Exhibit A.  The Court

_____

[1] American Medical Systems, Inc. includes any incorrect or incomplete spellings of this Defendant, and any
American Medical Systems, Inc. entities.

will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiff's refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiff explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2325 and in the individual cases listed on the attached Exhibit A. The Clerk is further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. 2939, and send a copy of this Order to counsel of record and any unrepresented party.

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A – BEASLEY ALLEN**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-20347 | Linda Hanawalt, Jeffrey Hanawalt v. American Medical Systems, Inc. |